Opinion
issued February 15, 2011

 



 

In The

Court of Appeals

For The

First District of Texas

 



 

NO. 01B09B00137BCV

 



 

LIZZIE LOVALL, WEBSTER
LOVALL, AND KEITH L. SHAW, Appellants

 

V.

 

GOW-MING CHAO AND CHIA-LE
CHAO, Appellees

 



 

On Appeal from the 270th
District Court

 Harris County, Texas

Trial Court Cause No.
0672152 

 



 

MEMORANDUM
OPINION








Appellants, Lizzie Lovall, Webster Lovall,
and Keith L. Shaw, have failed to timely file a brief.  See Tex.
R. App. P. 38.8(a) (failure of appellant to file brief).  

Generally, an appellant’s brief is due 30 days after the complete record
has been filed.  See Tex. R. App. P.
38.6.  When, as here, no reporter’s
record has been filed due to the “fault” of the appellants, the appeal may move
forward without the reporter’s record.  See Tex.
R. App. P. 37.3(c).  

The Court has issued numerous notices and orders in this case, requiring
appellants to file their brief and advising that the Court may dismiss the
appeal without further notice if no brief is filed by the deadline. See Tex.
R. App. P. 42.3(b) (allowing involuntary dismissal of case). 
In addition, the Court has granted three extensions of time to file the
brief.  Appellants’ fourth request for an
extension to file their brief was denied, as was their motion for en banc
reconsideration.  Appellants still have
not filed a brief.  

Accordingly, we dismiss the appeal for want of prosecution.  

We dismiss any pending motions as moot.

PER
CURIAM

Panel consists of Justices Jennings, Higley, and Brown.